■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BRENNAN, Appellant. [707 NYS2d 849] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered March 19, 1999, convicting him of robbery in the first degree and criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYNARD CARAWAY, Appellant. [707 NYS2d 344] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Caraway,* 215 AD2d 493), affirming a judgment of the Supreme Court, Kings County, rendered March 9, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Altman, Goldstein and Smith, JJ., concur.